```
1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 950
   Los Angeles, CA  90014
3  (213) 689-3014   FAX (213) 689-3055
4
                    UNITED STATES BANKRUPTCY COURT
5                    CENTRAL DISTRICT OF CALIFORNIA
6
7  In re:                           ) Case No.: 2:09-bk-13346-ER
                                    )
8    Garcia Vasquez, Juan J.         ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
9                                    ) (Bankruptcy Rule 3011)
                                    )
10                                   )
                                    )
11
          TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
          Please find annexed hereto Check No. 637615 in the sum of
13
   $1,500.00 representing the total amount of unclaimed dividend in
14
   the above-entitled debtor's estate.  The check was not
15
   deliverable at the address of record.  The Trustee, after due
16
   diligence, has not been able to locate the payee.  Said sum is
17
   paid over to you pursuant to Bankruptcy Rule 3011.  The record
18
   reflects the name and address of the party entitled to said
19
   unclaimed dividend to be:
20
                    Garcia Vasquez, Juan J.
21                   236 S. Greenwood Ave.
                    Montebello, CA  90640
22
23
24 Date:  June 17, 2011              /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 3 -

Nancy Curry Chapter 13 Trustee                                    Check No. 637615
Pay to: 50093000  U.S. BANKRUPCTY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0913346-ER | 999-0 | GARCIA VASQUEZ, JUAN J. | | 0.00 | 1,500.00 | 0.00 | 1,500.00 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

June 16, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
Suntrust Bank

64-79/611

No. 637615

PAY** One Thousand Five Hundred  Dollars and No Cents*****************************

AMOUNT****$1,500.00**********

VOID AFTER September 14, 2011

U.S. BANKRUPCTY COURT
FISCAL DEPT
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA 90012-

*Nancy Curry* (signature)

⑈637615⑈ ⑆061100790⑆ 000000575200 ⑈